

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00640-CR

Eduardo **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0808
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED June 15, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice